LENA WALSH v. MORRIS SHAPIRO.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRED W. VAN ANBURGH v. ANNA MARGARET VAN ANBURGH.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. OCTAVIO PEDROSO.— Motion to dismiss appeal granted, and motion to dispense with printing denied.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEWIS A. WILLEY.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MIAL.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HELEN J. BROWNE.— Motion to dismiss appeal granted, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK KERSTEM.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JERRY PIO.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CELIA H. LEHRMAN.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ADOLPH CALMBACHER.— Motion to dismiss appeal granted, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EMORY HARTZIG and Another.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES A. KEENE.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISADORE GUTTMAN v. ROSENFELD & ZIMET, INC.— Application denied, with ten dollars costs, and stay vacated.   Order signed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FEUER HOLDING CORPORATION v. WILLIAM C. FRASER.— Application granted. Order signed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELLIOTT ELECTRICAL SUPPLY Co., INC., v. THOMAS J. GILMARTIN.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS P. VAN RIPER v. BERNARD MALONE.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.